UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN HOLCOMB,<br><br>Defendant. | Case No. CR21-75-RSL<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL |

This matter comes before the Court on defendant's "Motion to Continue Trial & Pretrial Motions Dates." Dkt. # 29. Having considered the facts set forth in the motion, and defendant's knowing and voluntary waiver, Dkt. # 30, the Court finds as follows:

1. The Court adopts the facts set forth in the unopposed motion:[1] specifically, that defense counsel intends to present a motion to suppress evidence; that defense counsel seeks to continue to obtain discovery and evidence of communications between law enforcement, forensic examiners, and prosecutorial representatives; that defendant may need the assistance of an expert to conduct forensic examinations related to dominion and control of surveillance video evidence; and that defendant has requested the government to demand the preservation of all forms of communications made by law enforcement related to the instant case. The Court accordingly finds that a failure to grant a continuance would deny counsel, and any potential

---

[1] The government filed a response to defendant's motion to continue, but the government does not oppose the continuance request itself. Dkt. # 31.

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL - 1

future counsel, the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2. The Court finds that a failure to continue the trial date in this case would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

3. The Court finds that the additional time requested between July 6, 2021 and the proposed trial date of June 27, 2022, is a reasonable period of delay. The Court finds that this additional time is necessary to provide defense counsel reasonable time to prepare for trial, considering all the facts set forth above.

4. The Court further finds that this continuance would serve the ends of justice, and that these factors outweigh the best interests of the public and defendant in a speedier trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

5. Defendant has executed a waiver indicating that he has been advised of his right to a speedy trial and that, after consulting with counsel, he has knowingly and voluntarily waived that right and consented to the continuation of his trial to a date up to and including July 29, 2022, Dkt. # 30, which will permit his trial to start on June 27, 2022.

IT IS HEREBY ORDERED that the trial date shall be continued from July 6, 2021 to June 27, 2022, and pretrial motions are to be filed no later than February 18, 2022;

IT IS FURTHER ORDERED that the period of time from the current trial date of July 6, 2021, up to and including the new trial date, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*. The period of delay attributable to this filing and granting of this motion is excluded for speedy trial purposes pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B)(i), (iv).

DATED this 7th day of June, 2021.

Robert S. Lasnik
United States District Judge

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL - 2