UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN HOLCOMB,<br><br>Defendant. | No. CR 21-0075-RSL<br><br>ORDER GRANTING UNOPPOSED MOTION TO MODIFY DEFENDANT'S BOND CONDITIONS |

The Court has reviewed the defendant's unopposed motion for modification of his bond conditions, and the files and records herein,

It is now ORDERED that the following language be added to Mr. Holcomb's bond:

> The defendant is permitted to access employer Internet or computer networks at his place of employment, for specifically assigned job duties. The job position must be approved in advance by Pretrial Services.

IT IS SO ORDERED.

DONE this 7th day of June, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

s/ *Greg Geist*
Assistant Federal Public Defender
Attorney for John Holcomb

ORDER GRANTING UNOPPOSED MOTION
FOR MODIFICATION OF DEFENDANT'S
BOND
(*US v. John Holcomb;* CR21-75RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100