The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN HOLCOMB,<br><br>Defendant. | NO. CR21-075 RSL<br><br>ORDER SETTING BREIFING SCHEDULE |

The COURT, having reviewed the parties stipulated motion and good cause having been shown HEREBY ORDERS the government's response to the defense Motion to Suppress (Dkt 35) shall due March 18, 2022. The defense reply, if any, shall be due April 8, 2022.

DATED this 24th day of February, 2022.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER ESTABLISHING BRIEFING SCHEDULE - 1 *United States v. Holcomb,* CR21-075 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

*Presented by:*

*s/ Matthew P. Hampton*
MATTHEW P. HAMPTON
LAURA HARMON
Assistant United States Attorneys

*s/ Mohammad Ali Hamoudi*
MOHAMMAD ALI HAMOUDI
GREGORY GEIST
Attorneys for Defendant