The Honorable Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN HOLCOMB.,<br><br>Defendant. | CASE NO. CR21–75–RSL<br><br>**ORDER** |

This matter comes before the Court on proposed *amici* American Civil Liberties Union and American Civil Liberties Union of Washington's Unopposed Motion for Leave to File an *Amici Curiae* Brief in Support of John Holcomb. Having been fully informed, the Court GRANTS the motion.

IT IS SO ORDERED this  18th  day of     April    , 2022.

*[signature]*
The Honorable Robert S. Lasnik

Order Granting Motion for Leave to File Amicus Brief
(No. CR21–75–RSL)