UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>JOHN HOLCOMB,<br><br>                    Defendant. | CASE NO. CR21-0075RSL<br><br>MINUTE ORDER |

The following Minute Order is made and entered at the direction of the Honorable Robert S. Lasnik, UNITED STATES DISTRICT JUDGE:

Oral argument on Defendant's Motion to Suppress (Dkt. # 35) is scheduled for Wednesday, May 11, 2022 at 10:00 a.m. before the Honorable Robert S. Lasnik, United States District Court Judge. The hearing will be conducted via Zoom.

DATED this 19th day of April, 2022.

/s/ Ashleigh Drecktrah
by Ashleigh Drecktrah, Deputy Clerk
To Robert S. Lasnik, Judge
206-370-8520

MINUTE ORDER - 1