THE HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN HOLCOMB,<br><br>  Defendant. | No. CR 21-0075-RSL<br><br>ORDER GRANTING MOTION TO FILE OVERLENGTH MOTION TO SUPPRESS |

Upon the motion of the Defense to file an Overlength Motion to Suppress Evidence in excess of the twelve-page limitation imposed by Local Rule 12(b)(5) of the Rules of the United States District Court for the Western District of Washington,

IT IS HEREBY ORDERED that leave of court is hereby granted for the defendant to file a Motion to Suppress Evidence not to exceed 40 pages.

IT IS SO ORDERED.

DONE this 11th day of May, 2022.

_____
JUDGE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT

Presented by:

s/ *Greg Geist*
s/ *Mohammad Hamoudi*
Assistant Federal Public Defenders
Attorneys for John Holcomb

ORDER GRANTING MOTION
TO FILE OVERLENGTH
MOTION TO SUPPRESS
(*US v. John Holcomb*; CR21-75RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100