The Honorable Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JOHN HOLCOMB,<br><br>Defendant. | NO. CR21-075 RSL<br><br>ORDER GRANTING UNITED STATES'<br>MOTION TO FILE A BRIEF IN EXCESS<br>OF TWELVE PAGES |

The Court, having reviewed the Motion of the United States to File a Brief in Excess of Twelve Pages, hereby enters the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED.  The United States may file its response to defendant's motion to suppress evidence (Dkt 35) that does not exceed 31 pages in length.

DATED this __11th__ day of May, 2022.

_____
ROBERT S. LASNIK
United States District Judge

PRESENTED BY:

s/Matthew P. Hampton
MATTHEW P. HAMPTON
Assistant United States Attorney

Order Permitting Excess Pages
*United States v. Holcomb* / CR21-075 RSL - 1