THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN HOLCOMB,<br><br>  Defendant. | No. CR 21-0075-RSL<br><br>ORDER GRANTING MOTION TO FILE OVERLENGTH REPLY TO MOTION TO SUPPRESS |

Upon the motion of the Defense to file an Overlength Reply to Government's Response to Motion to Suppress Evidence in excess of the six-page limitation imposed by Local Rule 12(b)(5) of the Rules of the United States District Court for the Western District of Washington,

IT IS HEREBY ORDERED that leave of court is hereby granted for the defendant to file a Reply to Government's Response to Motion to Suppress Evidence not to exceed 27 pages.

IT IS SO ORDERED.

DONE this 11th day of May, 2022.

_____
JUDGE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT

Presented by:

s/ *Greg Geist*
s/ *Mohammad Hamoudi*
Assistant Federal Public Defenders
Attorneys for John Holcomb

ORDER GRANTING MOTION
TO FILE OVERLENGTH REPLY
TO MOTION TO SUPPRESS
(*US v. John Holcomb*; CR21-75RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100