THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>JOHN HOLCOMB,<br><br>    Defendant. | No. CR 21-0075-RSL<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY BRIEFING SCHEDULE |

The Court has reviewed the stipulation of the parties to modify the Court ordered briefing schedule with regard to the government's motion for reconsideration, and the records and files herein.

The motion is GRANTED. The clerk shall renote the motion for July 15, 2022; with the defense filing its response by July 1, 2022; and the government's reply due by July 15, 2022.

DATED this 22nd day of June 2022.

*MW S Lasnik*
_____
JUDGE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT

ORDER GRANTING STIPULATED
MOTION TO MODIFY BRIEFING SCHEDULE
(*US v. John Holcomb*; CR21-75RSL) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**