The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOHN HOLCOMB, <br><br> Defendant. | No. CR21-75 RSL <br><br> ORDER GRANTING UNITED STATES' MOTION TO FILE A BRIEF IN EXCESS OF TWELVE PAGES |

Having reviewed the United States' motion to file a brief in excess of 12 pages, the Court GRANTS the motion.

DATED this __18th__ day of June, 2022.

*[signature]*

ROBERT S. LASNIK
United States District Judge

PRESENTED BY:

*s/ Teal Luthy Miller*
TEAL LUTHY MILLER
Assistant United States Attorney

Order Permitting Excess Pages
*United States v. Holcomb*, CR21-75 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970