THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN HOLCOMB,<br><br>Defendant. | No. CR 21-0075-RSL<br><br>ORDER GRANTING MOTION TO FILE OVERLENGTH RESPONSE TO MOTION FOR RECONSIDERATION |

Upon the motion of the Defense to file an Overlength Response to Government's Motion for Reconsideration in excess of the twelve-page limitation imposed by Local Rule 12(b)(5) of the Rules of the United States District Court for the Western District of Washington,

IT IS HEREBY ORDERED that leave of court is hereby granted for the defendant to file a Response to the Government's Motion for Reconsideration not to exceed 26 pages.

IT IS SO ORDERED.

DONE this 18th day of August, 2022.

_____
JUDGE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT

Presented by:

s/ *Greg Geist*
s/ *Mohammad Hamoudi*
Assistant Federal Public Defenders
Attorneys for John Holcomb

ORDER GRANTING MOTION
TO FILE OVERLENGTH RESPONSE TO
MOTION FOR RECONSIDERATION
(*US v. John Holcomb*; CR21-75RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100