The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR21-75-RSL |
| Plaintiff, | |
| v. | ORDER GRANTING UNITED STATES' MOTION TO FILE OVERLENGTH REPLY BRIEF |
| JOHN HOLCOMB, | |
| Defendant. | |

Having reviewed the United States' motion to file a reply brief in excess of 6 pages, the Court GRANTS the motion.

DATED this 18th day of August, 2022.

*[signature]*

ROBERT S. LASNIK
United States District Judge

PRESENTED BY:

*s/ Teal Luthy Miller*
TEAL LUTHY MILLER
Assistant United States Attorney

Order Granting U.S. Mot. to File Overlength Reply Br. – 1
*United States v. Holcomb,* CR21-75-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970