UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v<br><br>JOHN HOLCOMB,<br><br>　　　　　Defendant. | NO. CR21-75RSL<br><br>MINUTE ORDER |

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

A status hearing for the above named defendant is scheduled for **Thursday, November 17, 2022 at 10:00 a.m.**, before the Honorable Robert S. Lasnik. The hearing will be held via Zoom videoconference.

DATED this 10th day of November, 2022.

　　　　　　　　　　　　　　　　　　*s/Victoria Ericksen*
　　　　　　　　　　　　　　　　　　By Victoria Ericksen,
　　　　　　　　　　　　　　　　　　Deputy Clerk to Hon. Robert S. Lasnik

MINUTE ORDER