UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>JOHN HOLCOMB,<br><br>  Defendant. | NO. CR21-75RSL<br><br>MINUTE ORDER |

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

A status hearing for the above named defendant is scheduled for **Monday, November 21, 2022 at 11:00 a.m.**, before the Honorable Robert S. Lasnik. The hearing will be held via Zoom videoconference.

DATED this 18th day of November, 2022.

                                                 *s/Laura Hobbs*
                                               by Laura Hobbs,
                                               Deputy Clerk

MINUTE ORDER