UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 2 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 23-469 |
| Plaintiff - Appellee, | D.C. No. 2:21-cr-00075-RSL-1 Western District of Washington, Seattle |
| v. | |
| JOHN HOLCOMB, | ORDER |
| Defendant - Appellant. | |

Before: GRABER and SUNG, Circuit Judges, and RAKOFF, District Judge.[*]

Appellant is directed to file a response to Appellee's petition for rehearing en banc, Docket No. 59, filed May 9, 2025. The response shall not exceed 15 pages and shall be filed within 21 days of the date of this order.

---

[*] The Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, sitting by designation.